IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDDIE LEE ANDERSON,<br><br>    PLAINTIFF,<br>    *v.*<br>DOUGLAS A. COLLINS, ET AL.,<br><br>    DEFENDANTS. | Civil Action No.<br>_____ |

**NOTICE OF REMOVAL**

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, ATLANTA Division

Pursuant to 28 U.S.C. §§ 1442 and 1446, Defendants Douglas A. Collins, Amy Whitaker, Angelyn McCrory, Mark Jenkins, Joseph Brittain, Kai Mentzer, Marshall Reid, Donald Barnes, Della Smith, Walter Evans, George Haizlip, and Emily Hunt-Brown hereby file this Notice of Removal of the lawsuits styled *Freddie Lee Anderson v. Douglas A. Collins et al.*, Case Number 25M22679, now pending in the Magistrate Court of Dekalb County, Georgia (the "magistrate court actions"). In support of this removal, Defendants respectfully show the Court as follows:

1. This lawsuit may be removed to federal court pursuant to 28 U.S.C. § 1442(a)(1). This lawsuit appears to arise out of Plaintiff's (a veteran) encounters with members of the staff at the Atlanta Veterans Affairs (VA) hospital. While not clear, it appears that Plaintiff is alleging various tort claims against Defendants. This action is against the United States, an

agency thereof, or an officer(s) of the United States or of an agency thereof, acting in his or her official or individual capacity. Therefore, removal is proper under 28 U.S.C. § 1442(a).

2. Section 1442(d) defines the terms "civil action" and "criminal prosecution" for purposes of removal to include "any proceeding (whether or not ancillary to another proceeding) to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought or issued."

3. A copy of the complaint filed in the magistrate court in this action is attached to this pleading as <u>Exhibit A</u>. A copy of this Notice of Removal is being served upon *pro se* Plaintiff, Freddie Lee Anderson. A copy will be filed with the Magistrate Court of Dekalb County.

WHEREFORE, the Defendants remove the proceedings initiated in the Magistrate Court of Dekalb County, *Freddie Lee Anderson v. Douglas A. Collins, et al.*, Civil Action No. 25M22679 to this United States District Court for the Northern District of Georgia for such further proceedings as may be appropriate.

Dated: February 12, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

*/s/ Rodney H. Atreopersaud*
RODNEY H. ATREOPERSAUD
*Assistant United States Attorney*
Georgia Bar No. 309454
Rodney.Atreopersaud@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000   Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDDIE LEE ANDERSON, | |
| PLAINTIFF, | Civil Action No. |
| v. | _____ |
| DOUGLAS A. COLLINS, ET AL., | |
| DEFENDANTS. | |

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and brief have been prepared using Book Antiqua, 13-point font.

*/s/ Rodney H. Atreopersaud*
RODNEY H. ATREOPERSAUD
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDDIE LEE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>Douglas A. Collins, et al.,<br><br>Defendants. | Civil Action No.<br><br>_____ |

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and by causing a true and correct copy thereof to be sent to the following individual by first class U.S. Mail, properly addressed and with sufficient postage affixed to the following counsel of record:

> Freddie Anderson
> 1438 Greenridge Trial
> Lithonia, Ga 30058

February 12, 2026.

> */s/ Rodney H. Atreopersaud*
> Rodney H. Atreopersaud
> *Assistant United States Attorney*