# EXHIBIT A

# MAGISTRATE COURT OF DEKALB COUNTY
## DEKALB COUNTY COURTHOUSE

Case No. 25M22679
Date Filed: 12/15/25
Cost: 51.80
Service Fee: [blank]

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: DOUGLAS A. COLLINS
SECRETARY OF VETERANS AFFAIRS
810 VERMONT AVE, WASHINGTON, D.C.
20420
(Name and Address)

## STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain) EXTREME - DENY HEALTH CARE SERVICES at GMH, ATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION. MENTAL ANGUISH SUICIDE ATTEMPTED, DUE TO POLICE FORCE. VA PATIENT OF, AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of police, DONALD BARNES, approach Mr. Freddie Anderson, in the VA CAFETERIA on Friday, 12/12/2025 with LETTER from Atlanta, VA Hospital Director, KAI MENTZER in hand with, Police officer, JOSEPH BRITTAIN. Mr. Donald BARNES, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, AT WILL OR WHEN "I FEEL LIKE". ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTH CARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL BY FORCE FROM EMERGENCY ROOM on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURE TO. I TRIED SUICIDE OUT OF THAT.

That said claim is in the amount of $ 15,000 plus $ 299.00 cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 15 day of December, 2025.

_____
Notary Public or Attesting Officer

_Freddie L Anderson_
(Agent for) Plaintiff
ANDERSONFL2012@yahoo.com
(If agent, title/capacity)
404-898-2251
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

## NOTICE OF SUMMONS

TO DOUGLAS A. COLLINS

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 5,000 ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

# MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

Case No.: 25-B-35150

Date Filed: 12/15/25

Cost: 

Service Fee: 

**PLAINTIFF:** FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

**DEFENDANT:** AMY WHITAKER
1670 CLAIRMONT ROAD, (Rm. 3A206)
DECATUR, GA 30033
(Name and Address)

## STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain) EXTREME-DENY HEALTH CARE SERVICES in GMH, ATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION - MENTAL ANGUISH

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows: SUICIDE ATTEMPED, DUE TO POLICE FORCE VA PATIENT OF AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025. Acting Chief of police, DONALD BARNES, APPROACH Mr. Freddie Anderson in the VA CAFETERIA on Friday, 12/12/2025 with LETTER from ATLANTA, VA Hospital Director, KAI MENTZER in hand with Police Officer, JOSEPH BRITTAIN. Mr. Donald BARNES, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, AT WILL OR WHEN "I FEEL LIKE". ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS for MENTAL HEALTH CARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL BY FORCE FROM EMERGENCY ROOM on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURN TO. I TRIED SUICIDE OVER THE THAT.

That said claim is in the amount of $ 15,000 plus $ 299.00 cost to date; and all future costs of this suit.

**State of Georgia, DeKalb County:**

_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 15 day of December, 2025.

_____
Notary Public or Attesting Officer

_____ (Agent for) Plaintiff
ANDERSONF2012@YAHOO.COM
(If agent, title/capacity)
404-898-2251
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

## NOTICE OF SUMMONS

TO AMY WHITAKER

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 5,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

2025 DEC 15 AM 11:53

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court. You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGIA UNITED STATES
DISTRICT DIVISION

| | | |
|---|---|---|
| NAME OF PLAINTIFF<br>FREDDIE LEE ANDERSON | ) ) ) | |
| V. | ) ) ) | NO. 25M22679 |
| NAME OF DEFENDANT<br>DOUGLAS A. COLLINS;<br>ANGELYN McCRORY;<br>DONALD BARNES;<br>JOSEPH BRITTAIN;<br>PAUL HARRIS;<br>TARIK CRUMPTON;<br>STEVEN DALEY;<br>MARSHALL REID;<br>MARK JENKINS;<br>AMY WHITAKER;<br>KAI MENTZER;<br>DELLA SMITH;<br>MARCUS BATES | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:25-CV-7428 |

NOTICE OF REMOVAL

COME NOW, FREDDIE LEE ANDERSON, PLAINTIFF and file this notice of removal of this action to the United States District Court for the Northern District of Georgia, United States District Division, and set forth the following grounds for removal:

1. This suit is a civil action filed in the Magistrate Court of DeKalb County, Decatur, Georgia, on or about December 15, 2025, entitled "Freddie Lee Anderson vs. Douglas A. Collins; Angelyn McCrory; Donald Barnes; Joseph Brittain; Paul Harris; Tarik Crumpton; Steven Daley; Marshall Reid; Mark Jenkins; Amy Whitaker; Kai Mentzer; Della Smith; Marcus Bates," Case No. 25M22679. A copy of the summons and complaint in this action is attached hereto and constitutes all process, pleadings, and orders served upon defendants in this action.

2. The aforesaid action was commenced by service of process consisting of the summons and complaint upon the Secretary of Veterans Affairs, Office of Chief Counsel, VA Regional Office, Attn: Tammy Kennedy, as statutory agent for all Defendants, Donald A. Collins; Angelyn McCrory; Donald Barnes; Joseph Brittain; Paul Harris; Tarik Crumpton; Steven Daley; Marshall Reid; Mark Jenkins; Amy Whitaker; Kai Mentzer; Della Smith; Marcus Bates, all Federal Employees of Department of Veterans Affairs received a copy of the summons and complaint on after December 16th, 2025. Proper Service from the DeKalb Count Marshall's Department has not been completed as today December 29th, 2025, however proper legal Service to all Defendants will be within the 30-day notice date in reference to Title 28, United States Code,

section 1446, imposes procedural requirements for removal of civil cases, including a 30-day deadline from when the summons is served on defendants.

3. The above described action is one of which this court has original jurisdiction under the provisions of Title 28, United States Code, section 1446, imposes procedural requirements for removal of civil cases, including a 30-day deadline from when the summons is served on defendants, with this Magistrate civil case number 25M22679. All Defendants listed on this Magistrate civil case are currently Federal Employees of the Department of Veterans Affairs and are proper legal jurisdiction to this Northern District of Georgia United States District Court.

Respectfully submitted,
/s/ Freddie Lee Anderson, 12/29/2025

Plaintiff, Freddie Lee Anderson, 1438 Greenridge Trail, Lithonia, Georgia, 30058
404-823-2251 (mobile)
Email: andersonf2002@yahoo.com

# MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

Case No. _____

Date Filed: 12/15/25

Cost: 35.00
Service Fee: 51.15

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: DONALD BARNES
1670 CLAIRMONT ROAD (Rm. GA 238A)
DECATUR, GA 30033
(Name and Address)

## STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☒ Other (Explain) EXTREME-DENY HEALTHCARE SERVICES in GMHAT, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION-MENTAL ANGUISH SUICIDE ATTEMPTED, DUE TO POLICE FORCE, VA PATIENT OF AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of Police, DONALD BARNES, APPROACH Mr. Freddie Anderson in the VA CAFETERIA on Friday, 12/12/2025 WITH LETTER from ATLANTA, VA Hospital Director, KAI MENTZER in hand with, Police Officer, JOSEPH BRITTAIN. Mr. Donald BARNES, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, AT WILL OR WHEN "I FEEL LIKE"! ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND". ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTHCARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL, BY FORCE FROM EMERGENCY Room on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURN TO. I TRIED SUICIDE OVER THIS THAT.

That said claim is in the amount of $15,000 plus $299.00 cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 15 day of December, 2025.

_____
Notary Public or Attesting Officer

Freddie L. Anderson
(Agent for) Plaintiff
ANDERSONFLA12@yahoo.com
(If agent, title/capacity)
404-893-2251
Phone Number

☐ Afternoon Trial   ☐ Evening Trial

## NOTICE OF SUMMONS

TO DONALD BARNES

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 15,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET. DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

2025 DEC 15 AM 11:53

# MAGISTRATE COURT OF DEKALB COUNTY
## DEKALB COUNTY COURTHOUSE

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: JOSEPH BRITTAIN
1670 CLAIRMONT ROAD (Rm GA 200)
DECATUR, GA 30033
(Name and Address)

Date Filed: 12/15/25

## STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☑ Other (Explain): EXTREME-DENY HEALTHCARE SERVICES in GMH, ATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION. MENTAL ANGUISH SUICIDE ATTEMPTED, DUE TO POLICE FORCE, I'M A PATIENT OF, AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of Police, DONALD BARNES, APPROACH Mr. Freddie Anderson in VA CAFETERIA on Friday, 12/12/2025 WITH LETTER from Atlanta, VA Hospital Director, KAI MENTZER in hand with, Police Officer, JOSEPH BRITTAIN. Mr. Donald Barnes, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, "AT WILL OR WHEN I FEEL LIKE"! ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTHCARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL BY FORCE FROM EMERGENCY Room on 12/12/2025. I HAD NO MENTAL HEALTHCARE TO TURE TO. I TRIED SUICIDE OVER THAT.

That said claim is in the amount of $ 15,000 plus $ 299.00 cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 15 day of December, 2025

_____
Notary Public or Attesting Officer

Freddie L. Anderson
(Agent for) Plaintiff

ANDERSONFA2012@yahoo.com
(If agent, title/capacity)

404-898-2251
Phone Number

☐ Afternoon Trial   ☐ Evening Trial

## NOTICE OF SUMMONS

TO: JOSEPH BRITTAIN

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 5,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court. If you have any claim against the plaintiff, you should notify the court at once. You may come with or without an attorney.

2025 DEC 15 AM 11:53

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

# MAGISTRATE COURT OF DEKALB COUNTY
DEKALB COUNTY COURTHOUSE

Case No. 25M22679
Date Filed: 12/15/25

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: MARSHALL REID
1670 CLAIRMONT ROAD, (Rm 3A206)
DECATUR, GA 30033
(Name and Address)

## STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☒ Other (Explain) EXTREME - DENY HEALTHCARE SERVICES IN GMHATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION - MENTAL ANGUISH SUISIDE ATTEMPED, DUE TO POLICE FORCE VA PATIENT OF AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of police, DONALD BARNES, Approach Mr. Freddie Anderson in the VA CAFETERIA on Friday, 12/12/2025 with LETTER from Atlanta, VA Hospital Director, KAI MENTZER in hand with, Public Officer, JOSEPH BRITTAIN. Mr. Donald Barnes, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, "AT WILL or WHEN" I FEEL LIKE! ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS for MENTAL HEALTH CARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL BY FORCE from EMERGENCY Room on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURE TO. I TRIED SUICIDE OVER TIME THAT.

That said claim is in the amount of $ 15,000  plus $ 299.00  cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this 15 day of December, 2025.

_____
Notary Public or Attesting Officer

Freddie L Anderson
(Agent for) Plaintiff
ANDERSONFROU2@yahoo.com
(If agent, title/capacity)
404-892-2251
Phone Number

☐ Afternoon Trial   ☐ Evening Trial

## NOTICE OF SUMMONS

TO MARSHALL REID

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 15,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

# MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

PLAINTIFF: **FREDDIE LEE ANDERSON**
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: **MARK JENKINS**
1670 CLAIRMONT ROAD (RM. 3A206)
DECATUR, GA 30033
(Name and Address)

Case No.: 12/15/25
Date Filed: 12/15/25

## STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☒ Other (Explain): EXTREME - DENY HEALTHCARE SERVICES IN GMH ATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION - MENTAL ANGUISH SUICIDE ATTEMPTED, DUE TO POLICE FORCE IN/A PATIENT OF AND OUT OF VA EMERGENCY ROOM ON Friday, December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of police, DONALD BARNES, approach Mr. Freddie Anderson in the VA cafeteria on Friday, 12/12/2025 with letter from Atlanta, VA Hospital Director, KAI MENTZER in hand with, Patrol officer, JOSEPH BRITTAIN. Mr. Donald BARNES, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, "AT WILL OR WHEN I FEEL LIKE". ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTH CARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL, BY FORCE FROM EMERGENCY ROOM on 12/12/2025. I HAD NO MENTAL HEALTHCARE TO TURN TO. I TRIED SUICIDE OVER THAT.

That said claim is in the amount of $ **15,000** plus $ **299.00** cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 15 day of December, 2025.

_Freddie L Anderson_ (Agent for) Plaintiff
ANDERSONF2002@yahoo.com (If agent, title/capacity)
404-892-2251 Phone Number

☐ Afternoon Trial   ☐ Evening Trial

_____
Notary Public or Attesting Officer

## NOTICE OF SUMMONS

TO **MARK JENKINS**

You are hereby notified that **FREDDIE L. ANDERSON** has made and filed a claim and is asking for judgement against you in the sum of **15,000** dollars ($ **5,000** ), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

2025 DEC 15 AM 11:53

If you do not file an answer, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

# MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: ANGELYN McCRORY
1670 CLAIRMONT ROAD, (Rm. 3A206)
DECATUR, GA 30033
(Name and Address)

Date Filed: 12/15/25

## STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain) EXTREME-DENY HEALTHCARE SERVICES in GMH, ATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION - MENTAL ANGUISH SUICIDE ATTEMPTED, DUE TO POLICE FORCE UP A PATIENT OF AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of Police, DONALD BARNES, Approach Mr. Freddie Anderson in the VA CAFETERIA on Friday, 12/12/2025 WITH LETTER FROM ATLANTA, VA Hospital Director, KAI MENTZER in hand with, Police Officer, JOSEPH BRITTAIN. Mr. Donald BARNES, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, "AT WILL OR WHEN" I FEEL LIKE! ONE WHEN IT'S AN EMERGENCY, I GUESS in HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTH CARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL BY FORCE FROM EMERGENCY Room on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURE TO. I TRIED SUICIDE OVER THAT.

That said claim is in the amount of $ 15,000  plus $ 299.00  cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 15 day of December, 2025

(Agent for) Plaintiff: Freddie L Anderson
ANDERSONF2002@yahoo.com
(If agent, title/capacity)
404-828-2251
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

## NOTICE OF SUMMONS

TO: ANGELYN McCRORY

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 5,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

2025 DEC 15 AM 11:53

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court. You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim 3/2024

# MAGISTRATE COURT OF DEKALB COUNTY
## DEKALB COUNTY COURTHOUSE

Date Filed: 12/15/25

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: AMY WHITAKER
1670 CLAIRMONT ROAD, (Rm. 3A206)
DECATUR, GA 30033
(Name and Address)

## STATEMENT OF CLAIM

☐ Suit on a Note   ☐ Suit on Account   ☒ Other (Explain) EXTREME - DENY HEALTHCARE SERVICES in GMHATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION - MENTAL ANGUISH SUICIDE ATTEMPTED, DUE TO POLICE FORCE VA PATIENT OF AND OUT OF VA EMERGENCY ROOM on Friday December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of Police, DONALD BARNES, APPROACH Mr. Freddie Anderson in the VA CAFETERIA on Friday, 12/12/2025 with LETTER from ATLANTA, VA Hospital Director, KAI MENTZER in hand with, Public OFFICER, JOSEPH BRITTAIN. Mr. Donald BARNES, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, "AT WILL OR WHEN" I FEEL LIKE! ONE WHEN IT'S AN EMERGENCY, I GUESS IN HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTHCARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL, BY FORCE FROM EMERGENCY ROOM on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURN TO. I TRIED SUICIDE OVER THIS THAT.

That said claim is in the amount of $ 15,000 plus $ 299.00 cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:
_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this 15 day of December, 2025

_____
Notary Public or Attesting Officer

Freddie L Anderson
(Agent for) Plaintiff

ANDERSONF2012@YAHOO.COM
(If agent, title/capacity)

404-828-2251
Phone Number

☐ Afternoon Trial   ☐ Evening Trial

## NOTICE OF SUMMONS

TO AMY WHITAKER

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 5,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

2025 DEC 15 AM 11:53

By: _____
Deputy Clerk
Magistrate Court, Dekalb County

statementofclaim3/2024

## MAGISTRATE COURT OF DEKALB COUNTY
### DEKALB COUNTY COURTHOUSE

Case No.: _____
Date Filed: 12/15/25

PLAINTIFF: FREDDIE LEE ANDERSON
1438 GREENRIDGE TRAIL
LITHONIA, GA 30058
(Name and Address)

DEFENDANT: KAI MENTZER
1670 CLAIRMONT ROAD, (Rm 3A206)
DECATUR, GA 30033
(Name and Address)

### STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☑ Other (Explain): EXTREME - DENY HEALTH CARE SERVICES in GMH ATL, EMERGENCY ROOM CARE TO BE ADMITTED IN THE MENTAL HEALTH FOR EVALUATION - MENTAL ANGUISH SUICIDE ATTEMPED, DUE TO POLICE FORCE VA PATIENT OF AND OUT OF VA EMERGENCY ROOM on Friday, December 12, 2025.

1. The Court has jurisdiction over the Defendant.
2. Plaintiff says the defendant is indebted to the plaintiff as follows:

Acting Chief of Police, DONALD BARNES, approach Mr. Freddie Anderson in VA CAFETERIA on Friday, 12/12/2025 with letter from ATLANTA, VA Hospital Director, KAI MENTZER in hand with, Dutch officer, JOSEPH BRITTAIN. Mr. Donald Barnes, INSTRUCTED ME THAT I NOT TO USE THE EMERGENCY ROOM, AT WILL OR WHEN I FEEL LIKE! ONE WHEN IT'S AN EMERGENCY, I GUESS in HIS MIND. ANOTHER RETALIATION AGAINST ME, TO PREVENT ME FROM USING MY FULL BENEFITS FOR MENTAL HEALTH CARE AT THE VA ATLANTA HOSPITAL. I WAS REMOVED FROM THE VA HOSPITAL BY FORCE FROM EMERGENCY Room on 12/12/2025. I HAD NO MENTAL HEALTH CARE TO TURN TO. I TRIED SUICIDE OVER THAT.

That said claim is in the amount of $ 15,000 plus $ 299.00 cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:

_____ being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this 15 day of December, 2025.

_____
Notary Public or Attesting Officer

(Agent for) Plaintiff: Freddie L Anderson
ANDERSONFROV2@yahoo.com
(If agent, title/capacity)
404-838-2251
Phone Number

☐ Afternoon Trial    ☐ Evening Trial

### NOTICE OF SUMMONS

TO: KAI MENTZER

You are hereby notified that FREDDIE L. ANDERSON has made and filed a claim and is asking for judgement against you in the sum of 15,000 dollars ($ 15,000), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

2025 DEC 15 AM 11:53

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

statementofclaim3/2024

# LETTER OF INTENT TO SUE

Effective Date: 12/15/2025

**RE: Notice of Intent to File Lawsuit**

Dear Office of General Counsel ,

This letter of intent to sue shall serve as a formal notice that Freddie Lee Anderson intends to commence a lawsuit against you due to the following: MENTAL ANGUISH, DENY HEALTH-CARE SERVICES IN GMH, 3RD FL, EMERGENCY ROOM CARE TO BE ADMITTED MENTAL HEATH EVALUATION CAUSED BY ALL DEFENDANTS. READ EXHIBIT 1 and 2 ATTACHED

**I. The Plaintiff.** Freddie Lee Anderson (the "Plaintiff").

**II. The Defendant.** Douglas A. Collins, Etc. AL (the "Defendant").

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of:

☐ - Payment in the amount of Certified Check Dollars ($15,000.00 )

☐ - Other: Termination of Ms. Angelyn McCrory, Veteran Experience Office, Atlanta, VA

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 30 days from the Effective Date.

**IV. Governing Law.** This Letter of Intent shall be governed under the laws of the State of GEORGIA, DEKALB COUNTY

Sincerely,

Freddie Lee Anderson, Phone # 404-823-2251, Email: ANDERSONF2002@yahoo.com

*[signature: Freddie L Anderson]*



# PAYMENT RECEIPT

**DeKalb Courthouse**
556 N. McDonough St.
Administrative Tower
Room 200
Decatur, Georgia 30030
404-371-2261

You have agreed to the following the following Terms & Conditions with this Payment:

☒ The merchant for this payment will be Five Point Payments LLC. All payments are final. No refunds are available or allowed. The service fee will appear as a separate transaction on my card statement.

☒ You hereby acknowledge and agree that this is a payment for a criminal fine or other charge that can in no way be disputed, charged back, refunded or recalled. Should this charge be disputed by you without authority, you acknowledge and agree that you will be subject to civil and criminal penalties, including but not limited to, jail time and fines up to $500 per instance, for civil recovery of all fees paid, plus service fees, plus costs, plus attorney fees, plus any incidental or associated damages.

| Transaction Information | |
|---|---|
| Transaction ID: | 534917887991 |
| Transaction ID (Service Fee): | 534917887971 |
| Payment Date: | 12/15/2025 |

| Filing Information | |
|---|---|
| Case #: | 25m22679 |
| Plaintiff: | Freddie L Anderson |
| Defendant: | Barnes, Donald, Brittain, Joseph, Collins, Douglas A, Jenkins, Mark, McCrory, Angelyn, Metzer, Kai, Reid, Marshall, Whitaker, Amy |

| Cardholder Information | |
|---|---|
| Name: | Freddie L. Anderson |
| Card Number: | ****-****-****-5670 |
| Zip Code: | 30058 |
| Zip Code | Verified Match |
| CVV Code | Verified Match |

| Transaction Breakdown | |
|---|---|
| Payment Amount: | $299.00 |
| Service Fee: | $8.97 |
| Total Payment: | $307.97 |



FIVEPOINT
PAYMENTS

For support regarding payments
Email support@fivepointpayments.com